FILED
2020 May-11 AM 09:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| BRANDON ARDINO DIXON, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No.: 7:19-cv-02060-MHH-SGC |
| DEBORAH TONEY, et al., | ) ) ) |
| Respondents. | ) |

## MEMORANDUM OPINION

In this habeas matter, *pro se* petitioner Brandon Ardino Dixon challenges his April 2019 conviction in the Circuit Court of Pickens County, Alabama, for violating the Alabama Sex Offender Registration and Community Notification Act, Ala. Code §§ 15-20A-1, *et seq.* ("ASORCNA"). (Doc. 1). On February 27, 2020, the magistrate judge to whom the case was referred entered a report pursuant to 28 U.S.C. § 636(b), recommending the habeas petition be dismissed without prejudice so that Mr. Dixon may exhaust his state law remedies. (Doc. 9). The magistrate judge notified the parties that they could file objections within 14 days. (Doc. 9). The Court has not received objections from the parties.

The magistrate judge properly found that Mr. Dixon must exhaust his state court remedies before he may proceed with a federal habeas petition. (Doc. 9). Accordingly, the Court will dismiss this action without prejudice so that Mr. Dixon

may exhaust his available state court remedies and may renew his federal habeas effort if he does not receive relief in state court.  The Court reminds Mr. Dixon to keep track of the deadlines that govern his state and federal efforts to obtain relief.[1]

A separate Final Order will be entered.

**DONE** and **ORDERED** this May 11, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

[1] The magistrate judge's report indicates that the respondents have calculated that Mr. Dixon must file a Rule 32 motion by May 14, 2020.  (Doc. 9, p. 5).